UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TERRELL PANNELL,

    Petitioner,

v.                                           Case No. 19-C-468

CHRISTINE SUTER,

    Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND DISMISSING PETITION

Petitioner Terrell Pannell, who is currently incarcerated at Gordon Correctional Center, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 3, 2019, Magistrate Judge David E. Jones screened his petition and filed a Report and Recommendation in which he recommends that the petition be dismissed without prejudice. Petitioner has not filed an objection to this recommendation. Based upon the Report and Recommendation of Magistrate Judge Jones, which is hereby adopted in full, this case is ordered dismissed without prejudice for lack of exhaustion of state court remedies as required by 28 U.S.C. § 2254(b)(1)(A). The Clerk is directed to enter judgment forthwith.

**SO ORDERED** this  30th  day of May, 2019.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach, Chief Judge
                                                  United States District Court